SHIRLEY S. ABRAHAMSON, J.
¶ 11. (dissenting). I write in dissent in several attorney discipline cases because I have concerns about the discipline imposed.
¶ 12. With regard to Attorney Aleman, Illinois imposed a two-year suspension for two counts of misconduct stemming from co-founding and working with *680 a national debt settlement firm. Upon stipulation of the parties, this court orders reciprocal discipline in Wisconsin. The two-year suspension seems harsh compared to the discipline imposed in other cases.
¶ 13. I write in dissent because I have difficulty reconciling the significantly different levels of discipline imposed in the following four cases.
• OLR v. Krogman, 2015 WI 113, 365 Wis. 2d 628, 872 N.W.2d 657: Upon stipulation admitting factual allegations, the court orders a four-month suspension of license and conditions upon reinstatement. The complaint alleged 22 counts of professional misconduct involving four clients, misconduct relating to license suspension, and misconduct relating to trust accounts. The four-month suspension seems too light.
• OLR v. Crandall, 2015 WI 111, 365 Wis. 2d 682, 872 N.W.2d 649: Crandall had been disciplined four times previously: a three-month suspension, a public reprimand, a 30-day suspension, and a five-month suspension. The court now imposes another public reprimand. The sanction is too light. The principle of progressive discipline should have been imposed. It was not.
• OLR v. Boyle, 2015 WI 110, 365 Wis. 2d 649, 872 N.W.2d 637: Boyle committed six offenses, including two trust account violations. The court imposes a 60-day suspension plus conditions. Boyle had received three private reprimands between 2002 and 2012. How can this level of discipline be justified in light of OLR v. Crandall and OLR v. Sayaovong (see below)?
• OLR v. Sayaovong, 2015 WI 100, 365 Wis. 2d 200, 871 N.W.2d 271: This per curiam was *681 released November 18, 2015, imposing suspension for a period of six months. Attorney Sayaovong defaulted in the discipline case. The complaint alleged six counts of misconduct, four counts involving two clients and two counts involving another client. In 2014 Attorney Sayaovong was publicly reprimanded for misconduct in two separate client matters. See OLR v. Sayaovong, 2014 WI 94, 357 Wis. 2d 312, 850 N.W.2d 940. The discipline does not seem consistent with the discipline imposed in other cases.
¶ 14. For the reasons set forth, I write in each of these cases.